**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:                                                                 Case No:  13-34003-BKC-PGH
                                                                              Chapter 13

FREDDY FERNANDEZ
TAMMY JEAN FERNANDEZ,

_____Debtors_____/


**MOTION TO APPROVE LOAN MODIFICATION WITH WELLS FARGO BANK, N.A.**

COMES NOW DEBTORS, FREDDY FERNANDEZ and TAMMY JEAN FERNANDEZ, by and through their undersigned counsel, and files this Motion to Approve Loan Modification with Wells Fargo Bank, N.A. ("WELLS FARGO") and states as follows:

1.      This case was commenced by the filing of a voluntary petition under Chapter 13 on October 4, 2013.

2.      An Order confirming the DEBTORS' Third Amended Chapter 13 Plan was entered on February 19, 2014 (the "Plan") (ECF No. 38).  The Plan provided that the DEBTORS' were in the process of making trial payments to WELLS FARGO to be applied to account number ending 0323.  WELLS FARGO has agreed to permanently modify the DEBTORS' mortgage as per the terms and conditions annunciated on the attached letter from WELLS FARGO dated July 24, 2014.   WELLS FARGO requires that the approval of loan modifications be contingent upon allowance of the bankruptcy Court.

3.      The instant Motion is filed to obtain such approval.

4.      Both the DEBTORS' and the estate will be benefited by the allowance of this agreement as the DEBTORS will be able to keep their home and continue making payments.

5.      DEBTORS' wishes to continue paying the modified amount direct and outside the Plan and is current on his Plan payments as of the filing of this Motion.

Undersigned Counsel may charge five hundred dollars and zero cents ($500.00) for the

preparation, filing and attendance regarding this Motion.

WHEREFORE, Debtors' respectfully request that this Court enter an order granting

this motion; approving the loan modification; and for such other and further relief as is just

and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District
of Florida and that I am in compliance with the additional qualifications to practice set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished electronically where available or by U.S. Mail to all creditors and interested

parties on the service list attached on this 21st day of August, 2014.

RAPPAPORT OSBORNE & RAPPAPORT, PL
Attorneys for Debtor
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200


BY:___/s/_____
    JORDAN L. RAPPAPORT, ESQ.
    Florida Bar No. 108022

**SERVICE LIST:**

*Via Electronically:*

- Joseph B Battaglia     sobkmail@wolfelawfl.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Jordan L Rappaport     rappaport@kennethrappaportlawoffice.com
- Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
- Timothy Draper Timothy.J.Draper@wellsfargo.com

*Via U.S. Mail:*

BMW Financial Services NA, LLC
c/o Ascension Capital Group
POB 201347
Arlington, TX 76006

Freddy Fernandez
145 NW 8 St
Boca Raton, FL 33432



**Account Information**
**Fax:** (866) 590-8910
**Telephone:** (800) 416-1472
**Correspondence:**   PO Box 10335
                                      Des Moines, IA 50306
**Hours of Operation:** Mon –Fri  8:00-5:00 CT
**Loan Number:** 0254600323
**Property Address:**
145 NW 8TH ST
BOCA RATON, FL 33432

7/24/2014

FREDDY FERNANDEZ
145 NW 8TH ST
BOCA RATON, FL 33432

Subject:   Loan modification proposal
               Borrower(s): FREDDY FERNANDEZ
               Bankruptcy Case No.: 1334003
               Loan No.: 0254600323
               Property Address:
               145 NW 8TH ST
               BOCA RATON, FL 33432

Dear FREDDY FERNANDEZ:

You are eligible for a loan modification.  As previously described, if you comply with the terms of the Trial Period Plan, we will modify your mortgage loan.  The modification agreement below reflects the proposed modification.

As a result of your bankruptcy case, this letter is not an attempt to collect a debt from you or in any way violate any provision of the United States bankruptcy code.  This letter has been sent to you for informational purposes only.  This is not a bill or a request for payment, or a statement that you are personally obligated in any way to make a payment.  Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary.  You are not obligated to pursue any workout options discussed with us.  At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

**How you can accept this offer:**
Please review the proposal with your attorney.  If the terms meet your approval, the next step is for you to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. You will need to continue to make your trial period payments if applicable while we are waiting for consent from the court.  When you receive written consent, please forward it to my attention.  Once received, we will send the loan documents to you and your attorney for original signatures.  We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward our office a copy of the release.  If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.
**Approval of the loan modification is contingent on court consent or release of the case.**

**Modification Proposal**

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Principal Balance | $391,333.69 | Post Modification Unpaid Principal Balance | $302,547.04 |
| Current Maturity Date | 09/01/2036 | Post Modification Maturity Date | 08/01/2054 |
| Current Term (in months) | 265 | Post Modification Term (in months) | 480 |
| Current Payment Due Date | 07/01/2008 | Post Modification Due Date | 09/01/2014 |
| Current Principal and Interest | $2,323.54 | Post Modification Principal and Interest | $916.19 |
| Current Payment Amount | $2,821.05 | Estimated Post Modification Payment Amount | $1,461.96 |
| Current Interest Rate | 7.125 % | Post Modification Interest Rate | 2.000 % |
| | | Deferred Principal Balance | $302,406.92 |
| | | Amount(Capitalized) | $213,620.27 |

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment | Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.000 | 08/01/2014 | $916.19 | 545.77 adjusts annually after 1 year | 1,461.96 adjusts annually after 1 year | 09/01/2014 | 60 |
| 6 | 3.000 | 08/01/2019 | $1,064.40 | Adjusts Annually | Adjusts Annually | 09/01/2019 | 12 |
| 7 | 4.000 | 08/01/2020 | $1,220.84 | Adjusts Annually | Adjusts Annually | 09/01/2020 | 12 |
| 8-40 | 4.125 | 08/01/2021 | $1,240.72 | Adjusts Annually | Adjusts Annually | 09/01/2021 | 396 |

**If you are seeking a reaffirmation**

If you intend to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your attorney's office for the required undue hardship analysis and filing with the respective court.

**Call me today if you have any questions**

If you or your attorney has questions about the information in this letter, please call me at the number below.

Sincerely,

**TIMOTHY DRAPER**
**HOME PRESERVATION SPECIALIST**
**PHONE: 855-687-8739**
**EXT: 39296**

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801